UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVE AMADEI,

          Plaintiff,

    v.

ETS SERVICES, LLC; WACHOVIA MORTGAGE, FSB, F.K.A. WORLD SAVINGS BANK; WORLD SAVINGS BANK, FSB and DOES 1-50, inclusive,

          Defendants.

_____/

NO. CIV. S-09-1370 LKK/EFB

O R D E R

On September 4, 2009, this court granted plaintiff's counsel's motion to withdraw. Consistent with that order, plaintiff's former counsel Omar Alfredo Zambrano is ORDERED to do all of the following within ten (10) days of the date of this order:

    1.    File with the court a document indicating plaintiff's present address.

    2.    Serve a copy of this court's September 4, 2009 order upon plaintiff.

1

1   3.   Release all plaintiff's papers and property to
2        plaintiff, including correspondences, pleadings,
3        deposition transcripts, exhibits, physical evidence,
4        expert reports, and other items reasonably necessary to
5        the plaintiff's representation, whether the plaintiff
6        has paid for them or not, in accordance with Rule 3-
7        700(D) of the California Rules of Professional Conduct.
8   IT IS SO ORDERED.
9   DATED: September 11, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2